1  SCHIFF HARDIN LLP
   JEFFREY R. WILLIAMS (CSB No. 84156)
2  jrwilliams@schiffhardin.com
   P. MARK MAHONEY (CSB No. 232549)
3  pmahoney@schiffhardin.com
   One Market, Spear Street Tower
4  Thirty-Second Floor
   San Francisco, CA 94105
5  Telephone:  (415) 901-8700
   Facsimile:   (415) 901-8701
6
7  Attorneys for Defendants0
   Techtronic Industries North America, Inc.;
8  One World Technologies, Inc.;
   Ryobi Technologies, Inc.; and
9  Home Depot U.S.A., Inc.

*NOTE CHANGES MADE BY THE COURT*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| TINGFA ZHANG | Case No. 2:13-cv-02955 JFW (SSx) |
|---|---|
| Plaintiff, | **DISCOVERY DOCUMENT: REFERRED TO MAGISTRATE JUDGE SUZANNE H. SEGAL** |
| v. | [~~PROPOSED~~] **ORDER APPROVING ENTRY OF STIPULATED PROTECTIVE ORDER** |
| TECHTRONIC INDUSTRIES NORTH AMERICA, INC., ONE WORLD TECHNOLOGIES, INC., RYOBI TECHNOLOGIES, INC., AND HOME DEPOT, U.S.A., INC., | Discovery Cut-Off:   Feb. 17, 2014<br>Pretrial Conference:  Apr. 11, 2014<br>Trial:                         Apr. 29, 2014 |
| Defendants. | |

PURSUANT TO STIPULATION OF THE PARTIES AND FOR GOOD CAUSE SHOWN, the Stipulated Protective Order attached to the parties' Motion For Entry of Stipulated Protective Order as Exhibit 1 is hereby endorsed and entered, AS MODIFIED BY THE COURT. ALL MOTIONS ARE GOVERNED BY LR. 37. (SHS)

Dated: 12/23/13

_____
Hon. Suzanne H. Segal
United States Magistrate Judge

SF\320906749.1